UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE MANUEL LOPEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:22-cv-00137 (UNA) |
| v. ) | |
| ) | |
| CITY OF SANTA ANA, *et al*., ) | |
| ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

Plaintiff initiated this matter on January 20, 2022, by filing a *pro se* complaint, ECF No. 1, and application for leave to proceed *in forma pauperis*, ECF No. 2. He failed, however, to provide his full residence address in compliance with D.C. Local Rule 5.1(c), therefore, the Court issued an order directing plaintiff to, within 30 days, provide this information or file a motion setting forth reasons to use the P.O. Box address. *See* Order, ECF No. 3.

On April 4, 2022, plaintiff filed a motion for use of P.O. Box address, ECF No. 4, albeit late. Therefore, for good cause shown, the Court will grant that motion, as well as the pending application to proceed *in forma pauperis*. It will, however, dismiss the complaint without prejudice.

Under the statute governing *in forma pauperis* proceedings, the Court is required to dismiss a case "at any time" it determines that the action is frivolous, malicious, or fails to state a claim upon which relief may be granted. 28 U.S.C. § 1915(e)(2). Here, having reviewed the complaint carefully, the Court cannot discern what claim or claims plaintiff intends to bring; the complaint will thus be dismissed. *See Gwinnell-Kennedy v. U.S. Gov't Judiciary*, No. 09-cv-737, 2009 WL 1089543, at *1 (D.D.C. Apr. 22, 2009) (summarily dismissing complaint under § 1915(e)(2)

because it was "incoherent"); *McGuire v. U.S. District Court*, No. 10-cv-696, 2010 WL 1855858, at *1 (D.D.C. May 4, 2010) (summarily dismissing complaint under § 1915(e)(2) because it was "largely incoherent and nonsensical"); *cf. Neitzke v. Williams*, 490 U.S. 319, 325 (1989) ("[A] complaint, containing . . . . factual allegations and legal conclusions . . . lack[ing] an arguable basis either in law or in fact" shall be dismissed.).

Accordingly, the Court will grant plaintiff's application to proceed *in forma pauperis* and will dismiss the complaint and this civil action without prejudice. A separate order will issue.

Dated: May 6, 2022

TREVOR N. McFADDEN
United States District Judge